IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MT SEVEN24 SUMMIT LLC                                        PLAINTIFF

v.                       No. 4:21-cv-679-DPM

TIMOTHY K. GASPAR INSURANCE
SERVICES INC.                                                DEFENDANT

## JUDGMENT

MT Seven24's complaint is dismissed without prejudice for lack of personal jurisdiction.

_____
D.P. Marshall Jr.
United States District Judge

7 February 2022